FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2015 APR -7 PM 1:57

CLERK C Adams
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

IN RE: LISTER W. HARRELL,    *
                             *  Case No. 315-018
    Debtor.                  *  (Bankr. Case No. 12-30___)

O R D E R

On January 29, 2015, Mr. Lister Harrell filed a notice of appeal, but he did not pay the appellate filing fee. Mr. Harrell has filed **29** appeals in 2014, all arising out of three core bankruptcy cases. Despite the dismissals of all of these appeals, most for failure to pay the required fees, Mr. Harrell persists. He has now filed 8 appeals in 2015.

On March 13, 2015, Mr. Harrell filed a brief in this case. The Court will not require any interested party to file a notice of appearance or any other pleading or document in this case until Mr. Harrell pays the required appellate filing fee. To this point, Mr. Harrell has ten (10) days from the entry of this Order to pay $298.00 to the Clerk, United States Bankruptcy Court, or this case will be dismissed.

**ORDER ENTERED** at Augusta, Georgia, this ___ day of April, 2015.

_____
UNITED STATES DISTRICT JUDGE