ORIGINAL

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| | | |
|---|---|---|
| IN RE: LISTER W. HARRELL, | * | |
| | * | Case No. 315-018 |
| Debtor. | * | (Bankr. Case No. 12-30112) |

ORDER

On January 5, 2015, Mr. Lister Harrell filed a notice of appeal, but he did not pay the appellate filing fee. On April 7, 2015, this Court directed Mr. Harrell to pay the filing fee within ten (10) days or face dismissal of the case. Rather than pay the filing fee, Mr. Harrell filed a motion to proceed <u>in forma pauperis</u>. Upon further review, the order from which Mr. Harrell appeals is not a final judgment, order, or decree as described in 28 U.S.C. § 158(a)(1). Thus, the Court does not have jurisdiction over this appeal. Accordingly, the motion to proceed <u>in forma pauperis</u> is **DENIED**, and the case is **DISMISSED**.

**ORDER ENTERED** at Augusta, Georgia, this 4th day of May, 2015.

UNITED STATES DISTRICT JUDGE